No. 04–1066. ILLINOIS *v.* BARTELS. App. Ct. Ill., 3d Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Illinois* v. *Caballes,* 543 U. S. 405 (2005).

No. 04–1113. SOPHOCLEUS ET UX. *v.* ALABAMA DEPARTMENT OF TRANSPORTATION ET AL. C. A. 11th Cir.

No. 04–1667. GUTTMAN *v.* KHALSA ET AL. C. A. 10th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Exxon Mobil Corp.* v. *Saudi Basic Industries Corp.,* 544 U. S. 280 (2005).

No. 04–1224. HOGAN *v.* UNITED STATES;
No. 04–9239. LEWIS *v.* UNITED STATES;
No. 04–9307. TIRADO *v.* UNITED STATES; and
No. 04–9331. BALSAM *v.* UNITED STATES. C. A. 11th Cir. Motions of petitioners in Nos. 04–9239, 04–9307, and 04–9331 for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).

No. 04–1382. UNITED STATES *v.* MAXWELL. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gonzales* v. *Raich,* 545 U. S. 1 (2005).

No. 04–1610. SAENZ *v.* UNITED STATES. C. A. 11th Cir.

---

*THE CHIEF JUSTICE took no part in the consideration or decision of the orders announced on this date.